IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS BROWN,                          )
                                       )       2:05-cv-1840-GEB-KJM
                      Plaintiff,       )
                                       )
        v.                             )
                                       )       ORDER
GENCORP INC. LONG TERM DISABILITY      )
PLAN; GENCORP INC. MEDICAL PLAN;       )
GENCORP INC. BASIC LIFE INSURANCE;     )
and STANDARD INSURANCE COMPANY,        )
                                       )
                      Defendants.      )
_____)

        On April 26, 2006, the Court received a "Stipulation and
[Proposed] Order Continuing Discovery [Completion] and [Last]
Motion Hearing Date[s]" in which the parties seek to amend these
prescribed dates in the Status (Pretrial Scheduling) Order ("Rule
16 Order").

        Since the parties stipulate to having the referenced
portions of the Rule 16 Order modified, and the modification will
be made in a manner that will not adversely affect the Court's
docket, the good cause issue will not be reached.  But the

1  modifications will be different from what the parties propose and

2  will include rescheduling the Final Pretrial Conference.

3          Therefore, the Rule 16 Order is modified as follows:

4          (1)  Discovery shall be completed by July 14, 2006;

5          (2)  the last hearing date for motions shall be September 18,

6  2006, at 9:00 a.m.; and

7          (3)  the Final Pretrial Conference is set for November 13,

8  2006, at 3:30 p.m.[1]

9          IT IS SO ORDERED.

10 Dated:  May 11, 2006

11

12                              /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26  ─────────────────────

27      [1]     Because of closeness of the Final Pretrial Conference to the
    trial  commencement  date,  necessitated  by  the  parties'  requested
28  modifications  to  the  Rule 16 Order, no settlement  conference will be
    scheduled in this action.