```
 1  Glenn R. Kantor - SBN122643
      E-Mail: gkantor@kantorlaw.net
 2  Corinne Chandler - SBN111423
      E-Mail: cchandler@kantorlaw.net
 3  KANTOR & KANTOR LLP
    17216 Parthenia Street
 4  Northridge, California 91325
    Telephone: (818) 886-2525
 5  Facsimile: (818) 350-6272

 6  Attorneys for Plaintiff,
    Thomas Brown
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BROWN, | CASE NO: 2:05 CV-01840 GEB-KJM |
| Plaintiff, | STIPULATION AND ORDER REFERRING CASE TO THE VOLUNTARY DISPUTE RESOLUTION PROGRAM |
| vs. | |
| GENCORP INC. LONG TERM DISABILITY PLAN; GENCORP INC. MEDICAL PLAN; GENCORP INC. BASIC LIFE INSURANCE; and STANDARD INSURANCE COMPANY | Trial Date: December 12, 2006 |
| Defendants. | |

1  The parties, by and through their retained counsel, hereby stipulate and agree and
2  further request this Court to refer this matter to the Voluntary Dispute Resolution
3  Program for immediate assignment to a settlement conference before a Magistrate other
4  than the assigned Magistrate in this case.

Dated: June 6, 2006                    KANTOR & KANTOR, LLP

                                       By _Corinne Chandler_____
                                          Corinne Chandler,
                                          Attorneys for plaintiff

Dated: June 2, 2006                    MARKOWITZ, HERBOLD GLADE &
                                       MEHLHAF, PC

                                       By _Lisa A. Kaner_____
                                          Lisa A. Kaner,
                                          Attorneys for Standard Insurance
                                          Company and the Gencorp Inc.
                                          Long Term Disability Plan

Dated: June __, 2006                   SEYFARTH SHAW, LLP

                                       By _____
                                          Jason T. Cooksey
                                          Attorneys for Gencorp, Inc. Medical
                                          Plan and the Gencorp Inc. Basic
                                          Life Insurance Plan

IT IS SO ORDERED.

Dated: _____
                                       The Honorable Gerald E. Burrell
                                       U.S. District Court Judge

2

The parties, by and through their retained counsel, hereby stipulate and agree and further request this Court to refer this matter to the Voluntary Dispute Resolution Program for immediate assignment to a settlement conference before a Magistrate other than the assigned Magistrate in this case.

Dated: June ___, 2006

KANTOR & KANTOR, LLP

By_____
Corinne Chandler,
Attorneys for plaintiff

Dated: June ___, 2006

MARKOWITZ, HERBOLD GLADE & MEHLHAF, PC

By_____
Lisa A. Kaner,
Attorneys for Standard Insurance Company and the Gencorp Inc. Long Term Disability Plan

Dated: June 2, 2006

SEYFARTH SHAW, LLP

By_____
Jason T. Cooksey
Attorneys for Gencorp, Inc. Medical Plan and the Gencorp Inc. Basic Life Insurance Plan

IT IS SO ORDERED.

Dated: 6-7-06

_____
The Honorable Gerald E. Burrell
U.S. District Court Judge

2