IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BROWN,<br><br>               Plaintiff,<br><br>   v.<br><br>GENCORP INC. LONG TERM DISABILITY PLAN; GENCORP INC. MEDICAL PLAN; GENCORP INC. BASIC LIFE INSURANCE; and STANDARD INSURANCE COMPANY,<br><br>             Defendants. | 2:05-cv-1840-GEB-KJM<br><br><br><br>ORDER |

        The Order portion of the "Stipulation and Order Referring Case to the Voluntary Dispute Resolution Program," filed June 8, 2006, is withdrawn. I am withdrawing the Order because I signed it under the mistaken understanding that the parties' stipulation agreed they would participate in the Court's "Voluntary Dispute Resolution Program." I decline the parties' request "for immediate

/////
/////
/////
/////

1

assignment to a settlement conference before a Magistrate other than the assigned Magistrate in this case."

IT IS SO ORDERED.

Dated:  June 26, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge